UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: **16-23757-CIV-MARTINEZ-GOODMAN**

DOUG LONGHINI, individually,

    Plaintiff,

vs.

EQUITY ONE (COUNTRY WALK), LLC a/k/a
COUNTRY WALK PLAZA, and VILLAGE
CHINESE RESTAURANT, INC.,

    Defendants.
_____/

### FINAL ORDER OF DISMISSAL WITH PREJUDICE AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS MATTER is before the Court upon the parties' Joint Stipulation for Dismissal with Prejudice [D.E. No. 22]. It is:

**ADJUDGED** that this action is **DISMISSED WITH PREJUDICE**. It is also:

**ADJUDGED** that all pending motions in this case are **DENIED AS MOOT**, and this case is **CLOSED**.

DONE AND ORDERED in Chambers at Miami, Florida, this __7__ day of April, 2017.

                                                                     _____
                                                                       JOSE E. MARTINEZ
                                                                       UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Goodman
All Counsel of Record